UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Zhilu LIU,

                                  Petitioner,

v.

Todd LYONS, et al.,

                                  Respondents.

Case No.:  26-cv-1876-AGS-MMP

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING**

Petitioner Zhilu Liu seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free her from immigration detention. In the government's return, it asserts that its "position" is "that Petitioner is subject to mandatory detention under § 1225(b)." (ECF 11, at 2.)

But the government also "acknowledges that this Court, and Courts in this District, have repeatedly reached the opposite conclusion." (*Id.* at 3.) One of the government's cited cases for that point is this Court's decision in *Nayyer v. LaRose*, No. 25-cv-3111-AGS-DDL (S.D. Cal. Nov. 20, 2025). (*See* ECF 11, at 3.) The Court incorporates its reasoning from that case and concludes that Liu is detained under 8 U.S.C. § 1226(a), not § 1225.

Thus, the habeas petition is **GRANTED**. All pending hearings and deadlines are vacated. By **April 17, 2026**, respondents must provide Liu a bond hearing before an immigration judge.

Dated:  April 3, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-1876-AGS-MMP